Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES WEBB, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>PROGRESSIVE MANAGEMENT SYSTEMS; R.M. GALICIA, INC. D/B/A PROGRESSIVE MANAGEMENT SYSTEMS and JOHN DOES 1-25,<br><br>Defendant(s). | Civil Case: 3:19-cv-08683-FLW-TJB<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the within matter is hereby dismissed against Defendants, in the above captioned matter, **with prejudice** and dismissed as to the claims made on behalf of the putative class without prejudice.

| | |
|---|---|
| *s/ Ben A. Kaplan*<br>Ben A. Kaplan, Esq.<br>CHULSKY KAPLAN LLC<br>280 Prospect Ave. 6G<br>Hackensack, NJ 07601<br>Phone: (877) 827-3395 ex 102<br>ben@chulskykaplanlaw.com<br>Attorneys for Plaintiff<br>Dated: July 19, 2019 | *s/ Andrew J. Blady*<br>Andrew J. Blady, Esq.<br>**Sessions, Fishman, Nathan & Israel**<br>3682 Green Ridge Road<br>Furlong, PA 18925<br>Telephone (267) 544-0840<br>ablady@sessions.legal<br>Attorneys for Defendant<br>Dated: July 19, 2019 |

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

*/s/ Freda L. Wolfson*
FREDA L. WOLFSON, U.S.D.J.   7-22-19